**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| | Adv. Proceeding No. 24-05057 (JAM) |
| Plaintiff, | |
| v. | |
| AMAZON.COM, INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, and MEI GUO. | |
| Defendant. | |

**STIPULATION EXTENDING TIME FOR DEFENDANT
TO ANSWER OR RESPOND TO COMPLAINT**

Plaintiff, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Plaintiff"), and defendant, Amazon.com, Inc. (the "Defendant" and, together with the Plaintiff, the "Stipulating Parties"), by and through their respective undersigned counsel, pursuant to the Court's *Order Approving Procedures Applicable to Avoidance Claim Adversary Proceedings* [Main Case Docket

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

No. 2578], hereby stipulate and agree (the "Stipulation") that the deadline by which the Defendant may move, answer or otherwise respond to the complaint (Adv. Docket No. 1) (the "Complaint") filed in this adversary proceeding, is hereby extended until May 22, 2024.

The Stipulating Parties reserve all rights and defenses each may have and entry into this Stipulation shall not impair or affect any such right or defense.

This Stipulation may be executed by the Stipulating Parties in counterparts, each of which when so signed shall be an original and shall together constitute one and the same instrument.  A signed facsimile, PDF or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of Page is Intentionally Blank.  Signature Page(s) to follow.]*

*Signature Page – Stipulation to Extend Time*

Dated:  April 19, 2024
      New Haven, CT

PLAINTIFF:
LUC A. DESPINS
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
    Patrick R. Linsey (ct29437)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street, 13th Floor
    New Haven, Connecticut 06510
    (203) 781-2847
    plinsey@npmlaw.com
    *Counsel for the Chapter 11 Trustee*


Dated: April 19, 2024
      Boston, MA

DEFENDANT:
AMAZON.COM, INC.

By:    */s/ Lindsay S. Bishop*
    Lindsay S. Bishop
    K&L Gates LLP
    1 Congress St., Suite 2900
    Boston, MA 02114
    (617) 951-3100
    lindsay.bishop@klgates.com
    *Counsel for Amazon.com, Inc.*