# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM) |
| LUC A. DESPINS, Chapter 11 Trustee,<br>　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, AND MEI GUO,<br>　　　　Defendants. | Adv. Pro. No. 24-05057 (JAM)<br><br>**Notice of Appearance** |

　　　I am admitted to practice in this Court, and I appear as counsel for Bernardo Enriquez in connection with the above-captioned action. The Clerk of Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

Dated: New York, New York
　　　　September 17, 2024

　　　　　　　　　　　　　　　　　　SHER TREMONTE LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Noam Biale*
　　　　　　　　　　　　　　　　　　Noam Biale, ct31769
　　　　　　　　　　　　　　　　　　90 Broad Street, 23rd Floor
　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　Tel: 212.300.2445
　　　　　　　　　　　　　　　　　　Email: nbiale@shertremonte.com

　　　　　　　　　　　　　　　　　　*Attorney for Bernardo Enriquez*