**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al*.,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., HING CHI NGOK, ALEX HADJICHARALAMBOUS, BERNARDO ENRIQUEZ, CHUNGUANG HAN, and MEI GUO,<br><br>    Defendants. | Adv. Proceeding No. 24-05057 (JAM) |

**AMAZON.COM INC.'S ANSWER AND AFFIRMATIVE
DEFENSES TO FIRST AMENDED COMPLAINT OF CHAPTER 11 TRUSTEE
SEEKING AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS,
POSTPETITION TRANSFERS AND RELATED RELIEF PURSUANT TO
BANKRUPTCY CODE SECTIONS 544, 548, 549, AND 550 AND NEW YORK DEBTOR
<u>& CREDITOR LAW SECTIONS 273, 274, 276 AND 278</u>**

Defendant Amazon.com, Inc. ("**Amazon**") submits this answer ("**Answer**") to Trustee's

*First Amended Complaint of Chapter 11 Trustee Seeking Avoidance and Recovery of Fraudulent*

*Transfers, Postpetition Transfers and Related Relief Pursuant to Bankruptcy Code Sections 544,*

---

[1] The Debtors are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*548, 549 and 500 and New York Debtor & Creditor Law Sections 273, 274, 276 and 278* (the "**Amended Complaint**"). Pursuant to Fed. R. Civ. P. 8, incorporated by Bankruptcy Rule 7008, Amazon generally denies each and every allegation of the Amended Complaint that is not expressly admitted herein. To the extent that Amazon incorporates Trustee's headings into this Answer, Amazon does so for organizational purposes only and does not admit any of the allegations in Trustee's headings. To the extent allegations exist in any headings that Amazon does not incorporate into this Answer, Amazon denies the allegations in said headings. Amazon does not, and is not required to, respond to statements in the Amended Complaint that are legal arguments or proposed conclusions of law. If an answer to any such allegation is required, Amazon denies each such allegation that is not expressly admitted. Amazon reserves the right to amend its Answer consistent with the facts discovered in this case. Amazon hereby specifically answers the Amended Complaint as follows:

## NATURE OF ACTION

1.      Answering Paragraph 1 of the Amended Complaint, Amazon admits that Trustee commenced this adversary proceeding and that he seeks to avoid and recover alleged prepetition and postpetition transfers. Amazon denies any remaining allegations in Paragraph 1.

2.      Answering Paragraph 2 of the Amended Complaint, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within and therefore denies those allegations.

3.      Answering Paragraph 3 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within and therefore denies those allegations.

4. Answering Paragraph 4 of the Amended Complaint, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within and therefore denies those allegations.

5. Answering Paragraph 5 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 5.

## JURISDICTION AND VENUE

6. Answering Paragraph 6 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. Amazon does not consent to entry of any final order or judgement by the Bankruptcy Court.

7. Answering Paragraph 7 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. Amazon does not consent to entry of any final order or judgement by the Bankruptcy Court.

8. Answering Paragraph 8 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. Amazon denies that the Trustee is entitled to any relief.

## THE PARTIES

9. Answering Paragraph 9 of the Amended Complaint, Amazon admits the allegations therein.

10. Answering Paragraph 10 of the Amended Complaint, Amazon admits the allegations therein.

1604293310.13

11.     Answering Paragraph 11 of the Amended Complaint, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within and therefore cannot admit nor deny those allegations.

12.     Answering Paragraph 12 of the Amended Complaint, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within and therefore cannot admit nor deny those allegations.

13.     Answering Paragraph 13 of the Amended Complaint, Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within and therefore cannot admit nor deny those allegations.

### FACTS

14.     Answering Paragraph 14 of the Amended Complaint, Amazon admits the allegations therein.

15.     Answering Paragraph 15 of the Amended Complaint, Amazon admits the allegations therein.

16.     Answering Paragraph 16 of the Amended Complaint, Amazon states that the Debtor's Bankruptcy Schedules speak for themselves, and Amazon denies any allegations inconsistent with those schedules. As for the remaining allegations in Paragraph 16, Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 16 and therefore denies the same.

17.     Answering Paragraph 17 of the Amended Complaint, Amazon admits the allegations therein.

18.     Answering Paragraph 18 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

19.      Answering Paragraph 19 of the Amended Complaint, Amazon admits that Trustee has commenced many adversary proceedings. As for the remaining allegations in Paragraph 19, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

20.      Answering Paragraph 20 of the Amended Complaint, Amazon admits that Trustee is seeking relief in Adv. Proc. No. 24-05249. Amazon objects to Trustee's attempt to incorporate Trustee's complaint in Adv. Proc. No. 24-05249 into the Amended Complaint as this action violates Fed. R. Civ. P. 10(c). This attempted incorporation with no more than a passing reference to that proceeding falls short of Fed. R. Civ. P. 10(c)'s standard. *DeLuca v. AccessIT Grp., Inc.*, 695 F. Supp.2d 54, 60 (S.D.N.Y. 2010) ("To be incorporated by reference, the complaint must make 'a clear, definite and substantial reference to the documents.'") (citation omitted); *Williams v. Time Warner Inc.*, 440 F. App'x 7, 9 (2d Cir. 2011) ("A mere passing reference or even references, however, to a document outside of the complaint, does not, on its own, incorporate the document into the complaint itself."). To the extent Amazon is required to answer allegations the Trustee attempts to incorporate by reference in Paragraph 20, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

21.      Answering Paragraph 21 of the Amended Complaint, Amazon admits that Trustee is seeking relief in Adv. Proc. No. 24-05322. Amazon objects to Trustee's attempt to incorporate Trustee's complaint in Adv. Proc. No. No. 24-05322 into the Amended Complaint as this action violates Fed. R. Civ. P. 10(c). This attempted incorporation with no more than a passing reference to that proceeding falls short of Fed. R. Civ. P. 10(c)'s standard. *DeLuca v. AccessIT Grp., Inc.*, 695 F. Supp.2d 54, 60 (S.D.N.Y. 2010) ("To be incorporated by reference, the complaint must make 'a clear, definite and substantial reference to the documents.'") (citation omitted); *Williams*

*v. Time Warner Inc.*, 440 F. App'x 7, 9 (2d Cir. 2011) ("A mere passing reference or even references, however, to a document outside of the complaint, does not, on its own, incorporate the document into the complaint itself."). To the extent Amazon is required to answer allegations the Trustee attempts to incorporate by reference in Paragraph 21, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

22.     Answering Paragraph 22 of the Amended Complaint, Amazon admits the Bankruptcy Court entered a judgment in Adv. Proc. No. 23-5013. That judgment speaks for itself, and Amazon denies any allegation inconsistent with that judgment. Amazon denies that the judgment binds Amazon. Amazon objects to Trustee's attempt to incorporate Trustee's complaint in Adv. Proc. No. No. 23-5013 into the Amended Complaint as this action violates Fed. R. Civ. P. 10(c). This attempted incorporation with no more than a passing reference to that proceeding falls short of Fed. R. Civ. P. 10(c)'s standard. *DeLuca v. AccessIT Grp., Inc.*, 695 F. Supp.2d 54, 60 (S.D.N.Y. 2010) ("To be incorporated by reference, the complaint must make 'a clear, definite and substantial reference to the documents.'") (citation omitted); *Williams v. Time Warner Inc.*, 440 F. App'x 7, 9 (2d Cir. 2011) ("A mere passing reference or even references, however, to a document outside of the complaint, does not, on its own, incorporate the document into the complaint itself."). To the extent Amazon is required to answer allegations the Trustee attempts to incorporate by reference in Paragraph 22, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

23.     Answering Paragraph 23 of the Amended Complaint, Amazon admits the Bankruptcy Court entered a judgment in Adv. Proc. No. 23-5018. That judgment speaks for itself, and Amazon denies any allegation inconsistent with that judgment. Amazon denies that the judgment binds Amazon. Amazon objects to Trustee's attempt to incorporate Trustee's complaint

in Adv. Proc. No. No. 23-5018 into the Amended Complaint as this action violates Fed. R. Civ. P. 10(c). This attempted incorporation with no more than a passing reference to that proceeding falls short of Fed. R. Civ. P. 10(c)'s standard. *DeLuca v. AccessIT Grp., Inc.*, 695 F. Supp.2d 54, 60 (S.D.N.Y. 2010) ("To be incorporated by reference, the complaint must make 'a clear, definite and substantial reference to the documents.'") (citation omitted); *Williams v. Time Warner Inc.*, 440 F. App'x 7, 9 (2d Cir. 2011) ("A mere passing reference or even references, however, to a document outside of the complaint, does not, on its own, incorporate the document into the complaint itself."). To the extent Amazon is required to answer the allegations the Trustee attempts to incorporate in Paragraph 23, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

24.     Answering Paragraph 24 of the Amended Complaint, Amazon admits the Bankruptcy Court entered a judgment in Adv. Proc. No. 23-5005. That judgment speaks for itself, and Amazon denies any allegation inconsistent with that judgment. Amazon denies that the judgment binds Amazon. Amazon objects to Trustee's attempt to incorporate Trustee's complaint in Adv. Proc. No. No. 23-5005 into the Amended Complaint as this action violates Fed. R. Civ. P. 10(c). This attempted incorporation with no more than a passing reference to that proceeding falls short of Fed. R. Civ. P. 10(c)'s standard. *DeLuca v. AccessIT Grp., Inc.*, 695 F. Supp.2d 54, 60 (S.D.N.Y. 2010) ("To be incorporated by reference, the complaint must make 'a clear, definite and substantial reference to the documents.'") (citation omitted); *Williams v. Time Warner Inc.*, 440 F. App'x 7, 9 (2d Cir. 2011) ("A mere passing reference or even references, however, to a document outside of the complaint, does not, on its own, incorporate the document into the complaint itself."). To the extent Amazon is required to answer the allegations that the Trustee attempts to

1604293310.13

incorporate in Paragraph 24, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

25.     Answering Paragraph 25 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

26.     Answering Paragraph 26 of the Amended Complaint, Amazon admits that the Bankruptcy Court entered an order at Docket No. 1372. Amazon states that order speaks for itself and Amazon denies any allegation inconsistent with that order. Amazon is without sufficient information to admit or deny any remaining allegations in Paragraph 26 and therefore denies those allegations.

27.     Answering Paragraph 27 of the Amended Complaint, Amazon admits that the Bankruptcy Court made findings in Adv. Proc. No. 22-05032. Those findings speak for themselves, and Amazon denies any allegations inconsistent with those findings. Amazon is without sufficient information to admit or deny any remaining allegations in Paragraph 27 and therefore denies those allegations.

28.     Answering Paragraph 28 of the Amended Complaint, Amazon admits that Judge Liman of the United States District Court for the Southern District of New York issued a decision in *Eastern Profit Corp. Ltd. v. Strategic Vision US LLC*, No. 18-CV-2185 (LJL) 2021 WL 2554631 (S.D.N.Y. June 22, 2021). That decision speaks for itself, and Amazon denies any allegations inconsistent with that decision. Amazon is without sufficient information to admit or deny any remaining allegations in Paragraph 28 and therefore denies those allegations.

29.     Answering Paragraph 29 of the Amended Complaint, Amazon admits that the Supreme Court of the State of New York entered judgment against the Debtor in Index No. 65077/2017. That judgment speaks for itself, and Amazon denies any allegations inconsistent with

1604293310.13

that judgement. Amazon is without sufficient information to admit or deny any remaining allegations in Paragraph 29 and therefore denies those allegations.

30.     Answering Paragraph 30 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

31.     Answering Paragraph 31 of the Amended Complaint, Amazon states that the Debtor's Bankruptcy Schedules speak for themselves, and Amazon denies any allegations inconsistent with those schedules. As for the remaining allegations in Paragraph 31, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

32.     Answering Paragraph 32 of the Amended Complaint, Amazon admits that the Debtor was criminally convicted following a trial in the United States District Court for the Southern District of New York. The conviction speaks for itself, and Amazon denies any allegations inconsistent with that conviction. As for the remaining allegations in Paragraph 32, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

33.     Answering Paragraph 33 of the Amended Complaint, Amazon admits that the United States criminally indicted the Debtor and filed the referenced memorandum in that case. The memorandum speaks for itself and Amazon denies any allegations inconsistent with that memorandum. As for the remaining allegations in Paragraph 33, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

34.     Answering Paragraph 34 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 34.

35.     Answering Paragraph 35 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

36.     Answering Paragraph 36 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 36.

37.     Answering Paragraph 37 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

38.     Answering Paragraph 38 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

39.     Answering Paragraph 39 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon denies the allegations in Paragraph 39.

40.     Answering Paragraph 40 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

41.     Answering Paragraph 41 of the Amended Complaint, Amazon admits that there is a pending criminal case against the Debtor in the United States District Court for the Southern District of New York. As for the remaining allegations in Paragraph 41, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

42.     Answering Paragraph 42 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an

1604293310.13

answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

43.     Answering Paragraph 43 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

44.     Answering Paragraph 44 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

45.     Answering Paragraph 45 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

46.     Answering Paragraph 46 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

47.     Answering Paragraph 47 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

48.     Answering Paragraph 48 of the Amended Complaint, Amazon denies the allegations therein.

49.     Answering Paragraph 49 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

50.     Answering Paragraph 50 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

## FIRST CLAIM

**(Claim to Avoid and Recover Actual Fraudulent Transfers Pursuant to Bankruptcy Code sections 548(a)(1)(A) and 550(a))**

1604293310.13

51. Answering Paragraph 51 of the Amended Complaint, Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

52. Answering Paragraph 52 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon denies the allegations in Paragraph 52.

53. Answering Paragraph 53 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon denies that the alleged transfers were made with the intent to hinder, delay, and/or defraud. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 53 of the Amended Complaint and therefore denies the same.

54. Answering Paragraph 54 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 54. Amazon denies that the Trustee is entitled to any relief.

## SECOND CLAIM

**(Claim to Avoid and Recover Actual Fraudulent Transfers pursuant to N.Y. Debt. & Cred. Law sections 273(a)(1), 276 and 278, and Bankruptcy Code sections 544(b) and 550(a))**

55. Answering Paragraph 55 of the Amended Complaint, Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

56. Answering Paragraph 56 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon denies the allegations in Paragraph 56.

57. Answering Paragraph 57 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an

answer is required, Amazon denies that the alleged transfers were made with the intent to hinder, delay and/or defraud. Amazon is without sufficient information to admit or deny the remaining allegations in Paragraph 57 of the Amended Complaint and therefore denies the same.

58.     Answering Paragraph 58 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon denies those allegations. Amazon denies that the Trustee is entitled to any relief.

59.     Answering Paragraph 59 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 59. Amazon denies that the Trustee is entitled to any relief.

### THIRD CLAIM

**(Claim Against Amazon to Avoid and Recover Constructive Fraudulent Transfers Pursuant to Bankruptcy Code sections 548(a)(1)(B) and 550(a))**

60.     Answering Paragraph 60 of the Amended Complaint, Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

61.     Answering Paragraph 61 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 61.

62.     Answering Paragraph 62 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

63. Answering Paragraph 63 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

64. Answering Paragraph 64 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

65. Answering Paragraph 65 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 65. Amazon denies that the Trustee is entitled to any relief.

## FOURTH CLAIM

**(Claim Against Amazon to Avoid and Recover Constructive Fraudulent Transfers Pursuant to N.Y. Debt. & Cred. Law sections 273(a)(2), 273, 274, 276 and 278 and Bankruptcy Code sections 544(b) and 550(a))**

66. Answering Paragraph 66 of the Amended Complaint, Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

67. Answering Paragraph 67 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 67.

68. Answering Paragraph 68 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

1604293310.13

69.     Answering Paragraph 69 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

70.     Answering Paragraph 70 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent an answer is required, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

71.     Answering Paragraph 71 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 71. Amazon denies that the Trustee is entitled to relief.

72.     Answering Paragraph 72 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 72. Amazon denies that the Trustee is entitled to relief.

## FIFTH CLAIM

**(Claim Against Amazon to Avoid and Recover Unauthorized Postpetition Transfers pursuant to Bankruptcy Code sections 549 and 550(a))**

73.     Answering Paragraph 73 of the Amended Complaint, Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

74.     Answering Paragraph 74 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

1604293310.13

75.     Answering Paragraph 75 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

76.     Answering Paragraph 76 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 76.

77.     Answering Paragraph 77 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 77.

78.     Answering Paragraph 78 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 78. Amazon denies that the Trustee is entitled to relief.

79.     Answering Paragraph 79 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 79. Amazon denies that the Trustee is entitled to relief.

## SIXTH CLAIM

**(Claim Against Beneficiary Defendants to Recover Transfers for the Benefit of the Beneficiary Defendants Pursuant to Bankruptcy Code section 550(a))**

80.     Answering Paragraph 80 of the Amended Complaint, Amazon incorporates, reiterates, and repeats its answers to the preceding paragraphs as though fully set forth herein.

81.     Answering Paragraph 81 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

1604293310.13

82. Answering Paragraph 82 of the Amended Complaint, Amazon is without sufficient information to admit or deny the allegations therein and therefore denies the same.

83. Answering Paragraph 83 of the Amended Complaint, Amazon states that the allegations therein call for a legal conclusion for which no response is required. To the extent that an answer is required, Amazon denies the allegations in Paragraph 83.

## PRAYER FOR RELIEF

Answering Paragraphs 1 through 8 of the Trustee's Prayer for Relief, Amazon denies that Trustee is entitled to any relief.

## DEFENDANT'S AFFIRMATIVE DEFENSES

Without assuming Trustee's burden of proof on any issue, Amazon alleges the following affirmative defenses. The full extent to which Trustee's claims may be barred by one or more affirmative defenses, if not specifically set forth below, cannot be determined until Amazon has had an opportunity to complete discovery. Therefore, Amazon reserves the right to assert additional affirmative defenses in the event discovery indicates that it would be appropriate. In addition, Amazon incorporates by reference all affirmative defenses contemplated by the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

## FIRST AFFIRMATIVE DEFENSE

1. The Amended Complaint is barred by Trustee's failure to state a claim against Amazon upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2. The Amended Complaint is barred by Trustee's failure to join necessary parties.

## THIRD AFFIRMATIVE DEFENSE

3.      The Amended Complaint is barred because the Trustee lacks standing to pursue transfers of non-debtor entities.

## FOURTH AFFIRMATIVE DEFENSE

4.      The Amended Complaint is barred by the applicable statutes of limitations.

## FIFTH AFFIRMATIVE DEFENSE

5.      The Amended Complaint is barred by the doctrine of laches, unclean hands, *in pari delicto*, the *Wagoner* rule, waiver and/or estoppel.

## SIXTH AFFIRMATIVE DEFENSE

6.      The Amended Complaint is barred by the affirmative defenses contained in Section 548 of the Bankruptcy Code, including affirmative defenses premised on Amazon's status as a good faith transferee for value.

## SEVENTH AFFIRMATIVE DEFENSE

7.      The Amended Complaint is barred by the affirmative defenses contained in Section 549 of the Bankruptcy Code, including affirmative defenses premised on Amazon's status as a good faith transferee without notice of commencement of the case.

## EIGHTH AFFIRMATIVE DEFENSE

8.      The Amended Complaint is barred by the affirmative defenses contained in Section 550 of the Bankruptcy Code, including affirmative defenses premised on Amazon's status as a good faith transferee for value, and Amazon's status as a subsequent transferee for value.

## JURY DEMAND

Amazon demands a trial by jury in the United States District Court before an Article III judge on all counts of the Amended Complaint. Amazon does not consent to the Bankruptcy Court conducting any jury trial in this action.

**NO CONSENT PURSUANT TO FED. R. BANKR. P. 7012(b)**

Amazon does not consent to the entry of any final order or judgment by the Bankruptcy Court. Amazon does not consent to the matter being heard by the Bankruptcy Court and reserves its right to have any final order or judgment entered only after *de novo* review by the United States District Court.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Amazon prays for judgment as follows:

1.    Dismissal, with prejudice, of the Amended Complaint.

2.    An award of attorneys' fees and costs incurred in defending this action, to the extent such costs and fees are recoverable by law or in equity.

3.    Such other relief that this Court deems just and proper.

Dated: January 29, 2026

K&L GATES LLP

By: */s/ Lindsay Sampson Bishop*
Lindsay Sampson Bishop (ct29990)
K&L GATES LLP
1 Congress Street
Boston, MA 02114
Tel: (617) 261-3100
Email: lindsay.bishop@klgates.com

-and-

By: */s/ Brian T. Peterson*
Brian T. Peterson (phv208265)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Email: brian.peterson@klgates.com
*Counsel for Amazon.com, Inc.*

1604293310.13

## CERTIFICATE OF SERVICE

I certify that on January 29, 2026, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated:  Seattle, Washington

January 29, 2026

/s/ Brian T. Peterson
Brian T. Peterson

1604293310.13