**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, et al.,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | ECF No. 5698 |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, Plaintiff, | Adv. Proceeding No. 24-05057 |
| v. | |
| AMAZON.COM, INC., Defendant. | |

**ORDER GRANTING EIGHTH OMNIBUS MOTION OF CHAPTER 11 TRUSTEE REQUESTING, PURSUANT TO BANKRUPTCY RULE 9019, APPROVAL OF SETTLEMENT AGREEMENTS, AS TO SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND AMAZON.COM, INC.**

Upon the motion [ ECF No. 5698] (the "Motion")[2] of Luc A. Despins, in his capacity as the Chapter 11 Trustee (the "Trustee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), requesting, among other relief,

1 The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

2 Capitalized terms used but not defined in this Order have the meanings set forth in the Motion.

approval of the settlement agreement (the "Amazon.com Settlement Agreement") between the Trustee and Amazon.com, Inc. ("Amazon.com" as more specifically described in the Motion and attached to the Motion as Exhibit 1-A; the Court having scheduled a hearing with respect to the Motion [ECF No.5700] and such hearing having been held on August 25,2026; and cause having been shown for the relief requested by the Motion to be granted; it is **ORDERED THAT**:

1. The Motion is GRANTED with respect to the relief requested as to Amazon.com and the Amazon.com Settlement Agreement, as provided herein.

2. Pursuant to Fed. R. Bankr. P. 9019, the Amazon.com Settlement Agreement is approved.

3. The redacted portions of the Motion and the Amazon.com Settlement Agreement were filed under seal and, except as provided by this Order, shall, pursuant to 11 U.S.C. § 107(b)(1) and Fed. R. Bankr. R. 9018, remain under seal.

4. No sooner than 180 days after the entry of this Order, the Clerk of Court shall unseal the unredacted Motion and Amazon.com Settlement Agreement.

5. Pursuant to 11 U.S.C. § 107(c)(3), the U.S. Trustee has a statutory right of full access to any information and/or documents filed on the docket or submitted to the Court in this case. The U.S. Trustee shall comply with the obligations of 11 U.S.C. § 107(c)(3)(B).

6. The Trustee is authorized, pursuant to Fed. R. Bankr. P. 9019, to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate the settlement reflected in the Amazon.com Settlement Agreement and to perform any and all obligations contemplated therein immediately upon entry of this Order.

7. This Order shall, pursuant to Fed. R. Bankr. P. 6004(h), be effective and enforceable immediately upon entry.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order and to the Amazon.com Settlement Agreement.

Dated at Bridgeport, Connecticut this 26th day of August, 2026.

*Julie A. Manning*
*United States Bankruptcy Judge*
*District of Connecticut*